In the Matter of FT. GREENE ASSOCIATES, INC., Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued January 4, 1937; decided January 19, 1937.

*Michael Levine* and *Benjamin Millstein* for appellant.

*Paul Windels, Corporation Counsel* (*Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.